IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LARRY AUGURSON and JUDICE AUGURSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 118-144 |
| OLD DOMINION FREIGHT LINE, INC.; MARCUS ABNEY, Individually; and JOE DOE, | ) ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

The October 10, 2018 Scheduling Order directed the parties to file a Joint Status Report by March 25, 2019 concerning the opportunity to engage in mediation prior to summary judgment motions. (Doc. no. 8.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Scheduling Order has passed, however, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's October 10th Order as soon as possible but no later than Monday, April 1, 2019.

SO ORDERED this 28th day of March, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA