IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LARRY AUGURSON and JUDICE AUGURSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 118-144 |
| OLD DOMINION FREIGHT LINE, INC.; MARCUS ABNEY, Individually; and JOE DOE, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On March 29, 2019, the parties filed a Joint Status Report stating they intend to engage in mediation before a private mediator on or before May 31, 2019. (Doc. no. 15.) Accordingly, the Court **STAYS** all deadlines through May 31, 2019, and **EXTENDS** the deadline for filing civil motions including Daubert motions, but excluding motions in limine, through July 1, 2019. All provisions of the prior Scheduling Order, (doc. no. 8), not revised herein shall remain in full force and effect.

SO ORDERED this 29th day of March, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA